IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CESAR ESTRELLA : CIVIL ACTION
:
v. :
:
MICHAEL J. ASTRUE : NO. 08-5804

**ORDER**

**AND NOW**, this 2nd day of March, 2010, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket No. 8), Defendant's Response thereto, Plaintiff's Reply, the Report and Recommendations of United States Magistrate Judge David R. Strawbridge (Docket No. 13), Plaintiff's Objections thereto (Docket No. 14), and the record herein, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's objections to the Report and Recommendation are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. Plaintiff's Request for Review is **DENIED**.

4. **JUDGMENT IS ENTERED** in favor of Defendant.

5. The Clerk of Court is directed to **CLOSE** this case statistically.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.